# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SAMUEL BARKER

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO. 2019 CW 1554

**FEB 1 8 2020**

---

In Re:    Samuel Barker, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          23640.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED AS UNTIMELY.** The trial court's orders
were mailed on September 18, 2019, by the clerk of court to
relator, Samuel Barker. Subsequently, relator did not file a
notice of intent to seek supervisory writs, and it was not until
November 18, 2019, that relator signed his writ application,
which was filed with this court on November 20, 2019.
Accordingly, this writ application is untimely. See Rule 4-3 of
the Uniform Rules of Louisiana Courts of Appeal.

                      **TMH**
                      **AHP**
                      **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT